SHEPARD & MORSE LUMBER COMPANY, Appellant, *v.* FRANKLIN TRUST COMPANY, Individually and as Trustee, Respondent, Impleaded with Others.

*Shepard & Morse Lumber Co. v. Hurd,* 128 App. Div. 28, affirmed.
(Argued May 4, 1910; decided May 20, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered

October 23, 1908, affirming a judgment in favor of defendant entered upon the report of a referee in an action to foreclose a chattel mortgage and for an accounting.

*J. A. Kellogg, Eustace Conway, Charles E. Patterson* and *A. T. Bulkeley* for appellant.

*John Hill Morgan, John P. Kellas* and *James McKeen* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WILLARD BART-LETT, HISCOCK and CHASE, JJ.